07 MAY 24  PM 2: 02

CLERK, U.S. DISTRICT COURT

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quexion, LLC, a California limited liability company, | CASE NO. 06-CV-1632 L (AJB) |
| Plaintiff, | **STIPULATED DISMISSAL ORDER** |
| v. | |
| Quixion, LLC, a business entity of unknown form; Clay Colburn, an individual; and Jeff Treuting, an individual, | Complaint filed:   August 14, 2006 |
| Defendants. | |

Upon the stipulation of the parties, and for good cause,

IT IS HEREBY ORDERED:

The parties, Quexion, LLC ("Quexion" or "Plaintiff"); Quixion, LLC; Clay Colburn, and Jeff Treuting (collectively, "Defendants") have executed a written settlement and release agreement effective April 8, 2007 (the "Settlement Agreement"), a copy of which is attached as Exhibit A, filed under seal.

The Settlement Agreement requires, among other things, that Defendants shall change their name from Quixion, and no later than March 30, 2007 shall permanently cease using the name "Quixion" and discontinue use of their www.quixion.com website (with the exception of using the website as a pointer to their new website).  The Settlement Agreement further provides that Magistrate Judge Anthony J. Battaglia, or his successor, shall retain

P:301992.2:64224.005

1  jurisdiction over all disputes between the parties arising out of the Settlement Agreement,

2  including but not limited to interpretation and enforcement of the terms of the Settlement

3  Agreement.

4      The parties are hereby ordered to comply with the terms of the Settlement

5  Agreement.

6      Magistrate Judge Anthony J. Battaglia, or his successor, shall have the authority to

7  grant any relief, including injunctive relief, available to the parties under law for any

8  violation of the provisions of this Order.

9      This action, including all claims asserted in the Complaint, is dismissed with

10  prejudice, each party to pay its own fees and costs, and this Court shall retain jurisdiction

11  over this controversy and the parties for the purpose of enforcing the provisions of this Order

12  and resolving any disputes arising under or related to the parties' Settlement Agreement.

13  **IT IS SO ORDERED.**

14  Dated:   5/24/07

JAMES LORENZ
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Plaintiff Quexion, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quexion, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Quixion, LLC, a business entity of unknown form; Clay Colburn, an individual; and Jeff Treuting, and individual,<br><br>    Defendants. | CASE NO. 06-CV-1632 L (AJB)<br><br>**DECLARATION OF SERVICE** |

I, Deborah V.T. Pierson, declare:

I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On May 18, 2007, I served a copy, including all exhibits, if any, of the following document(s):

**1.    STIPULATED DISMISSAL ORDER**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☒        **(BY MAIL – AS INDICATED BELOW)** I caused each such envelope to be sealed and placed for collection and mailing from my business address.  I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP

1   for collection and processing of correspondence for mailing, said practice
    being that in the ordinary course of business mail is deposited with the
2   postage thereon fully prepaid in the United States Postal Service the same day
    as it is placed for collection. I am aware that upon motion of the party served,
3   service is presumed invalid if the postal cancellation date or postage meter
    date on the envelope is more than one day after the date of deposit for mailing
4   contained in this affidavit.

5   ☐   **(BY PERSONAL SERVICE – AS INDICATED BELOW)** I caused each such
        envelope to be sealed and given to a courier authorized by our attorney
6       service to receive documents for delivery on the same date. A proof of service
        signed by the authorized courier will be filed upon demand.

7
    ☐   **(BY FEDERAL EXPRESS – AS INDICATED BELOW)** I am readily familiar with
8       the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection
        and processing of correspondence for overnight delivery and know that the
9       document(s) described herein will be deposited in a box or other facility
        regularly maintained by Federal Express for overnight delivery.
10
    ☐   **(BY FACSIMILE – AS INDICATED BELOW)** This document was transmitted
11      by facsimile transmission from (619) 231-4755 and the transmission was
        reported as complete and without error. I then caused the transmitting
12      facsimile machine to properly issue a transmission report, a copy of which is
        attached to this affidavit.
13
    ☐   **(BY EMAIL – AS INDICATED BELOW)** These documents were transmitted by
14      email transmission from dpierson@swsslaw.com ON May 18, 2007, and the
        transmission was reported as complete and without error.
15
        I declare that I am employed in the office of a member of this bar of this court, at
16
    whose direction this service was made.
17
        Executed on May 18, 2007, at San Diego, California.
18
19                                                  DEBORAH V.T. PIERSON
20
21
22
23
24
25
26
27
28

P:297726.1:64224.005                        -2-
                                    DECLARATION OF SERVICE

1

**PROOF OF SERVICE LIST**

2
Richard Hamlish, Esq.
Law Offices of Richard Hamlish
3
910 Hampshire Road, Suite G
Westlake Village, CA 91361
4
Telephone:  (805) 497-6632
Facsimile:    (805) 497-2703
5
Email:  Hamlish@aol.com
**VIA U.S. MAIL**
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P:297726.1:64224.005